UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WESLEY WELLS,  )<br>  )<br>          Petitioner,  )<br>  )<br>  v.  )<br>  )<br>CALIFORNIA DEPARTMENT OF  )<br>CORRECTIONS,  )<br>  )<br>          Respondent.  )<br>_____)<br>GEORGE WESLEY WELLS,  )<br>  )<br>          Petitioner,  )<br>  )<br>  v.  )<br>  )<br>CALIFORNIA DEPARTMENT OF  )<br>CORRECTIONS,  )<br>  )<br>          Respondent.  )<br>_____) | 1:05-CV-1218 AWI SMS HC<br>1:05-CV-1229 OWW WMW HC<br><br>ORDER DIRECTING CLERK OF COURT<br>TO CONSOLIDATE CASES |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 27, 2005, the Court received package from Petitioner containing a petition for writ of habeas corpus. The petition was filed on that same date and assigned case number 1:05-CV-

1218 AWI SMS HC. On September 28, 2005, the Court received two more packages from Petitioner containing two copies of a petition for writ of habeas corpus. The Clerk of Court filed the petition and assigned it case number 1:05-CV-1229 OWW WMW HC.

On October 12, 2005, Petitioner made a motion in case number 1:05-CV-1229 OWW WMW HC to consolidate the two cases. Petitioner states he did not intend to open multiple cases. He states the two packages received by the Court on September 28, 2005, were duplicates of the petition received the day earlier.

Rule 42(a) of the Federal Rules of Civil Procedure provides:

> Consolidation. When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Both cases filed by petitioner are identical. Case number 1:05-CV-1229 OWW WMW HC is a photocopy of the original petition filed in case number 1:05-CV-1218 AWI SMS HC.

Accordingly, the Court DIRECTS the Clerk of the Court consolidate these cases. Insofar as case 1:05-CV-1218 AWI SMS HC was the first action petitioner filed with the court, it will be considered the lead case. The Clerk of the Court IS DIRECTED to administratively close 1:05-CV-1229 OWW WMW HC. All future pleadings should be identified by the case number of the lead case.

IT IS SO ORDERED.

**Dated:   October 21, 2005**                 /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE